IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| **VS.** | ' | H-12-336-7 |
| | ' | |
| **HERRATIO HANS HEDSPETCH** | ' | |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE MELINDA HARMON:

COMES NOW DEFENDANT, HERRATIO HANS HEDSPETCH, moves the court to allow him to substitute counsel.

1. Defendant is currently detained pending trial in the above captioned cause. Defendant had previously retained Mr. Cantrell as his attorney of record.
2. Defendant has elected to retain new counsel Mr. Nathan J. Mays to replace Counsel Carlton B. Cantrell.
3. Mr. Mays has met with Defendant and has confirmed that Defendant wishes to substitute counsel.

WHEREFORE, Defendant respectfully request that the Court grant Defendants Motion to Substitute Counsel.

Respectfully submitted,


/s/ Nathan J. Mays
Nathan J. Mays
State Bar No.: 240003981
Federal I.D. No. 32780
402 Main St, Suite 300N
Houston, Texas 77002
713-229-2940
713-228-1401 Fax
**Attorney for Defendant**


/s/ Carlton B. Cantrell
Carlton B. Cantrell
P.O. Box 1019
Huntsville, TX 77342
936-730-8541
936-730-8535 Fax


/s/ Herratio Hans Hedspetch
Herretio Hans Hedspetch
Signed by Permission

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ' | |
| | ' | |
| VS. | ' | H-12-336-7 |
| | ' | |
| HERRATIO HANS HEDSPETCH | ' | |

## ORDER

On   February 4, 2013 came on to be heard Defendant's Motion to Substitute Counsel it is in all things GRANTED and Defendant's attorney of record is Nathan J. Mays.

Signed this _____ day of _____, 2013.

_____
MELINDA HARMON