IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | H-12-336-7 |
| | § | |
| HERRATIO HANS HEDSPETCH | § | |

### RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

TO THE HONORABLE JUDGE SIM LAKE:

COMES NOW the United States of America, by and through United States Attorney Ryan K. Patrick, and John D. Jocher, Assistant United States Attorney for the Southern District of Texas in response to the Defendant's Motion for Early Termination of Supervised Release pursuant to 18 United States Code Section 3583 (e) (1) and would show the Court the following:

### I

On August 9, 2013, the defendant pleaded guilty to Count 1, Conspiracy to Possess with Intent to Distribute 5 kilograms or more of a mixture substance containing a detectable amount of cocaine, a schedule II controlled substance. The court accepted the defendant's plea and sentenced him to 70 months confinement in the bureau of prisons, followed by 5 years supervised released with conditions.

The Government is opposed to termination of supervised release. Mr. Hedspetch was a member of an extensive drug trafficking conspiracy. Title III wiretaps of, among others, the defendant's phone supported that he was a significant participant who dealt large quantities of cocaine in and around the Huntsville, Texas area. Moreover, during the execution of a search warrant for a storage facility leased by Hedspetch, law enforcement discovered and seized a

large cache of weapons and ammunition that belonged to the defendant. The government believes that the significance of the defendants criminal activity, the nature of the crime, and the necessity for deterrence require that we oppose the defendant's request.

        Respectfully submitted,

        Ryan K. Patrick
        United States Attorney

By:  /s/ John D. Jocher_____
        John D. Jocher
        Assistant United States Attorney

CERTIFICATE OF SERVICE

     The defendant filed his Pro Se motion to terminate supervised release and did not include an email or mailing address so that the government could  supply him with a copy of this Response.  Consequently, I can not certify that a true and correct copy of the government's response to Defendant's motion for early termination was sent the Defendant.

        /s/ John Jocher
        John Jocher
        Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **VS.** | § § | **H-12-336-7** |
| **HERRATIO HANS HEDSPETCH** | § | |

## O R D E R

The Court has considered the Defendant's Motion to Early Terminate Supervised Release filed in the above captioned matter.

**IT IS ORDERED** that the Defendant's Motion to Early Terminate Supervised Release is **DENIED/GRANTED.**

**SO ORDERED** on this the _____ day of March, 2020.

_____
**ANDREW S. HANEN**
**UNITED STATES DISTRICT COURT JUDGE**