United States District Court
Southern District of Texas
**ENTERED**
March 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | H-12-336-7 |
| HERRATIO HANS HEDSPETCH | § | |

## ORDER

The Court has considered the Defendant's Motion to Early Terminate Supervised Release filed in the above captioned matter.

**IT IS ORDERED** that the Defendant's Motion to Early Terminate Supervised Release is **DENIED**.

**SO ORDERED** on this the 27th day of March, 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE