United States District Court
Southern District of Texas
**ENTERED**
September 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, | § § § | |
| v. | § | CRIMINAL ACTION NO. 4:12-CR-336-7 |
| HERRATIO HANS HEDSPETCH, *Defendant*. | § § § § | |

## ORDER

The Court has considered the Defendant's Motion to Reconsider the denial of his Motion to Early Terminate Supervised Release filed in the above captioned matter. Having considered the motion, the Government's response, and the Defendant's reply, and based upon 18 U.S.C. § 3553 a(1), a(2)(b), and a(2)C, the Court hereby denies the motion.

IT IS ORDERED that the Defendant's Motion for Reconsideration (Doc. No. 793) is DENIED without prejudice to it being re-urged at a later date.

SIGNED at Houston, Texas this 17th day of September, 2020.

Andrew S. Hanen
United States District Judge